EUGENE R. FURR v. FONVILLE MORISEY REALTY, INC., KOEPPEL TENER RIGUARDI, INC., AND REGENCY PARK CORPORATION

No. 425PA98

(Filed 8 October 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 130 N.C. App. 541, 503 S.E.2d 401 (1998), dismissing plaintiff's appeal from a 13 December 1994 order entered by Hight, J., in Superior Court, Wake County, and affirming orders entered 10 April 1995 by Thompson, J., and 10 February 1997 by Farmer, J., in Superior Court, Wake County. Heard in the Supreme Court 17 September 1999.

*Kirk, Kirk, Gwynn & Howell, L.L.P., by Joseph T. Howell, for plaintiff-appellant.*

*Manning, Fulton & Skinner, P.A., by Charles E. Nichols, Jr., and S. Nicole Taylor, for defendant-appellee Fonville Morisey Realty, Inc.*

*Bode, Call & Stroupe, L.L.P., by V. Lane Wharton, Jr., and Robert V. Bode, for defendant-appellee Koeppel Tener Riguardi, Inc.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Elizabeth L. Riley and Pressly M. Millen, for defendant-appellant Regency Park Corporation.*

*Allen and Pinnix, P.A., by Noel L. Allen, on behalf of North Carolina State Board of Certified Public Accountant Examiners and North Carolina Board of Architecture, amici curiae.*

*Bailey & Dixon, L.L.P., by Carson Carmichael, III, on behalf of North Carolina Licensing Board for General Contractors, amicus curiae.*

PITTMAN v. INTERNATIONAL PAPER CO.

[351 N.C. 42 (1999)]

*Bailey & Dixon, L.L.P., by Carson Carmichael, III, on behalf of North Carolina Board of Pharmacy, amicus curiae.*

*Michael F. Easley, Attorney General, by Thomas R. Miller, Special Deputy Attorney General, Legal Counsel to the North Carolina Real Estate Commission, and Blackwell M. Brogden, Jr., Chief Deputy Legal Counsel to the North Carolina Real Estate Commission, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice MARTIN did not participate in the consideration or decision of this case.